UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,   )
   )
             Plaintiff,   )
   )
v.   )   Case No. 3:19-cv-03620-MCR-HTC
   )
ANITA S. PHILLIPS and   )
WAYNE L. PHILLIPS,   )
   )
             Defendants.   )

## NOTICE OF DISMISSAL

Because this matter has settled and because Defendants Wayne and Anita

Phillips have satisfied their financial obligations under the settlement, the United

States dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A).

Dated: December 17, 2020

                           Respectfully submitted,

                           RICHARD E. ZUCKERMAN
                           Principal Deputy Assistant Attorney General

       By:

                           */s/ Robert S. Silverblatt*
                           ROBERT S. SILVERBLATT
                           Virginia Bar Number 85506
                           CHRISTOPHER J. COULSON

New York Bar Number 5162383
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-8682 (Silverblatt)
                    (202) 353-0061 (Coulson)
Facsimile:  (202) 514-9868
Robert.S.Silverblatt@usdoj.gov
Christopher.J.Coulson@usdoj.gov

*Of Counsel*

LAWRENCE KEEFE
United States Attorney

Respectfully submitted,

/s/Lawrence R. Kemm
LAWRENCE R. KEMM
Florida Bar No. 0064323
BRANDON P. FAULKNER
Florida Bar No. 58560
CHAD M. VANDERHOEF
Florida Bar No. 109595
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602
Telephone:  (813) 227-6311
Facsimile:    (813) 229-0134
Larry.Kemm@hklaw.com
Brandon.Faulkner@hklaw.com
Chad.Vanderhoef@hklaw.com

*Attorneys for Defendants Anita S. Phillips and
Wayne L. Phillips*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2020, I electronically filed

the foregoing document with the Clerk of the Court by using the CM/ECF system,

which will provide notice to counsel of record.

*/s/ Robert S. Silverblatt*
ROBERT S. SILVERBLATT
Trial Attorney
United States Department of Justice, Tax Division